| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| In Re:<br>GEORGE FRATER<br>GLORIA FRATER | Case Number: __11-35130__<br><br>Hearing Date: _____<br><br>Judge: __Raymond T. Lyons__<br><br>Chapter: 13 |

Recommended Local Form:    Followed    ✗ Modified

# ORDER TO AVOID LIEN(S) IN A CHAPTER 7 CASE
## PURSUANT TO 11 U.S.C. § 522(f)

The relief set forth on the following page is hereby **ORDERED**.

**DATED: 04/05/2012**

*Raymond T. Lyons*
Honorable Judge Raymond T. Lyons
United States Bankruptcy Judge

Order Filed on 04/05/2012 by Clerk U.S. Bankruptcy Court District of New Jersey

Debtor      George Frater and Gloria Frater
Case No.    11-35130
Caption     Order to Avoid Lien(s) in a Chapter 7 Case Pursuant to 11 U.S.C. § 522(f)

This matter was presented to the Court by the debtor on a Motion to Avoid Judicial Lien(s) on the property described as 77 Ewingville Rd, Ewing, NJ; and it is hereby

ORDERED that the following judicial lien(s) is (are) avoided (list liens):

1. The lien held by Lawrence and Dwayne Stephenson J No. J-137506-08
2. The lien held by New Century Financial   DJ Number  DJ-18589-04
3. The lien held by American Trading Co     DJ Number  DJ-31606-08
4. The lien held by Sear Roebuck & Co.      DJ Number  DJ-256731-02
5. The lien held by Capital One Bank        DJ Number  DJ -291993-03
6. The lien held by New Century Financial   DJ Number  DJ-60184-02

and it is hereby further

ORDERED that the debtor may avoid above referenced lien(s) and have same Cancelled of record as to the property, provided the debtor is granted a discharge in this chapter 7 case.

*Approved by Judge Raymond T. Lyons  April 05, 2012*